**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

IN RE:                                                                      Case No. 17-15272-SR
                                                                               Chapter 13

JUDY L. HERR

Debtor.

## NOTICE OF APPEARANCE

**HMC ASSETS, LLC**[1,2], a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List[3]:

**Christopher M. McMonagle, Esquire
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976**

Dated this 4th day of October, 2017.

                                                     By:    */s/ Christopher M. McMonagle, Esquire*
                                                              Christopher M. McMonagle, Esquire, Bar No:
                                                              316043
                                                              Stern & Eisenberg, PC
                                                              1581 Main Street, Suite 200
                                                              The Shops at Valley Square
                                                               Warrington, PA 18976
                                                               Phone: (215) 572-8111
                                                               Fax: (215) 572-5025
                                                               cmcmonagle@sterneisenberg.com
                                                               Attorney for Creditor

---

1  Full title of Creditor is as follows: HMC ASSETS, LLC SOLEY IN ITS CAPACITY AS SEPARATE TRUSTEE OF COMMUNITY DEVELOPMENT I TRUST.
2  This Loan is currently serviced by BSI Financial Services, Inc..
3  For reference, the property address associated with the undersigned's representation is 265 West Walnut Street, Marietta, PA 17547.

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appearance has been sent by electronic means via the Court's CM/ECF notification system this 4th day of October, 2017, to the following:

Alaine V. Grbach, Esquire
675 Estelle Drive
Lancaster, PA 17601
avgrbach@aol.com
*Attorney for Debtor(s)*

Frederick L. Reigle
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606
ecfmail@fredreiglech13.com
*Chapter13 Trustee*

Office of the U.S. Trustee
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107
*U.S. Trustee*

and by standard first class mail postage prepaid to:

Judy L. Herr
265 W Walnut St
Marietta, PA 17547
*Debtor(s)*

Dated this 4th day of October, 2017.

                              By:   */s/ Christopher M. McMonagle, Esquire*
                                   Christopher M. McMonagle, Esquire, Bar No: 316043
                                   Stern & Eisenberg, PC
                                   1581 Main Street, Suite 200,
                                   Warrington, PA 18976
                                   Phone: (215) 572-8111
                                   Fax: (215) 572-5025
                                   cmcmonagle@sterneisenberg.com
                                   Attorney for Creditor