```
              IN THE UNITED STATES BANKRUPTCY COURT FOR
                 THE EASTERN DISTRICT OF PENNSYLVANIA


IN RE:                            : CHAPTER NO. 13
                                  :
JUDY L. HERR                      : CASE NO. 17-15272
                                  :
              DEBTORS             : PLAN OBJECTION
                                  :
PENNSYLVANIA DEPARTMENT           : HEARING DATE AND TIME
OF REVENUE,                       : December 14, 2017 @ 9:30
                                  :
              MOVANT              :
                                  :
         V.                       :
                                  :
JUDY L. HERR                      :
         RESPONDENT               : RELATED TO DOCKET NO. 22
```

CERTIFICATE OF SERVICE FOR PENNSYLVANIA
DEPARTMENT OF REVENUE'S OBJECTION TO
DEBTOR'S CHAPTER 13 PLAN

I, A. James Millar, certify under penalty of perjury that I served the above captioned pleading Objection to Debtor's Proposed Chapter 13 Plan on the parties at the below addresses, on December 7, 2017 by:

17-15272- Notice will be electronically mailed to:

Albert James Millar at
RA-occbankruptcy3@pa.gov, RA-occbankruptcy6@pa.gov

Alaine V. Grbach
avgrbach@aol.com

Polly Landon
ecfmail@fredreiglech13.com,ecf_frpa@trustee13.com

Christopher M. McMonagle
Cmcmonagle@sterneisenberg.com,bkecf@sterneisenberg.com

Matteo Samuel Weiner
bkgroup@kmllawgroup.com

United States Trustee ustpregion03.ha.ecf@usdoj.gov

17-15272 **Notice will not be electronically mailed to:**

**Synchrony Bank**
**c/o PRA Receivable Management, LLC**
**PO Box 41021**
**Norfolk, VA  23541**

EXECUTED ON: December 11, 2017

>                             By:   /s/ Albert James Millar
>                                   Counsel
>                                   PA Department of Revenue
>                                   Office of Chief Counsel
>                                   PO Box 281061
>                                   Harrisburg, PA 17128-1061
>                                   Attorney I.D. 62053
>                                   (717) 346-4649
>                                   Facsimile (717) 772-1459
>                                   jmillar@pa.gov