**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | CHAPTER 13 |
| | : | |
| JUDY L. HERR, | : | BANKRUPTCY NO. 17-15272 |
| | : | |
| Debtor | : | |
| | : | |

**CERTIFICATE OF NO RESPONSE WITH RESPECT TO**
**MOTION TO AVOID LIEN**

I, <u>Alaine V. Grbach, Esquire</u>, hereby certify that the twenty (20) days during which parties in interest had to answer or object to the above Motion to Avoid Lien with The Pennsylvania Department of Revenue, after service thereon, have expired, and no answer or objection has been filed and/or served upon undersigned Counsel.

Dated: March 20, 2018

Respectfully submitted,

**/s/Alaine V. Grbach, Esquire**
Alaine V. Grbach, Esquire
Counsel to Debtors
675 Estelle Drive
Lancaster, PA 17601
(717) 898-8402 - telephone
I.D. No.: 45485