STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
WARRINGTON, PA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025
(COUNSEL FOR MOVANT)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Chapter 13 |
| Judy L. Herr | Bankruptcy Case: 17-15272-SR |
| Debtor(s) | Judge: Stephen Raslavich |

**PRAECIPE TO MARK OBJECTION TO PLAN CONFIRMATION MOOT**

Kindly mark the Creditor's Objection to Plan Confirmation filed on January 9, 2018, Document #29, on behalf of HMC ASSETS, LLC SOLEY IN ITS CAPACITY AS SEPARATE TRUSTEE OF COMMUNITY DEVELOPMENT I TRUST moot as Debtor filed an Amended Plan.

Respectfully Submitted,

*/s/ Christopher M. McMonagle, Esquire*
Christopher M. McMonagle, Esquire
Stern & Eisenberg, PC
1581 Main Street, Suite 200
Warrington, PA 18976
(215) 572-8111
Fax: (215) 572-5025
cmcmonagle@sterneisenberg.com
Counsel for Creditor

Date: March 23, 2018

STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
WARRINGTON, PA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025
(COUNSEL FOR MOVANT)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Chapter 13 |
| Judy L. Herr | Bankruptcy Case: 17-15272-SR |
| Debtor(s) | Judge: Stephen Raslavich |

### CERTIFICATE OF SERVICE

I, Christopher M. McMonagle, Esquire, hereby certify that a true and correct copy of the foregoing Praecipe to Mark Objection to Plan Confirmation Moot has been sent by electronic means via the Court's CM/ECF notification system this 23rd day of March, 2018, to the following:

Frederick L. Reigle, Chapter 13 Trustee
2901 St. Lawrence Avenue, P.O. Box 4010, Reading, PA 19606
ecfmail@fredreiglech13.com

Alaine V. Grbach, Esquire
675 Estelle Drive, Lancaster, PA 17601
avgrbach@aol.com

and by standard first class mail postage prepaid to:

Judy L. Herr
265 West Walnut Street, Marietta, PA 17547

                              STERN & EISENBERG, PC
                              */s/ Christopher M. McMonagle, Esquire*
                              Christopher M. McMonagle, Esquire
                              Stern & Eisenberg, PC
                              1581 Main Street, Suite 200
                              Warrington, PA 18976
                              (215) 572-8111
Date: March 23, 2018          Fax: (215) 572-5025
                              cmcmonagle@sterneisenberg.com
                              Counsel for Creditor
                              cmcmonagle@sterneisenberg.com
                              Counsel for Creditor