# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | **CHAPTER 13** |
| : | |
| **JUDY L. HERR,** : | **BANKRUPTCY NO. 17-15272** |
| : | |
| **Debtor** : | |
| : | |

## CERTIFICATE OF SERVICE

I, Alaine V. Grbach, Esq., do hereby certify that a copy of the **Motion to Avoid Lien with the Pennsylvania Department of Revenue,** Proposed Order, Notice of Hearing and Exhibits was forwarded either by e-notice or mailed via first class mail postage prepaid on 13th day of February, 2018 to the Debtor and following:

All e-notice parties

Thomas J. Goshler, Chief Counsel
OFFICE OF CHIEF COUNSEL, PA DEPARTMENT OF REVENUE
STRAWBERRY SQUARE
ROOM 1032
HARRISBURG, PA 17128

The Office of the United States Trustee
**William Miller, Esquire, Chapter 13 Trustee**
(via email)

Respectfully submitted,

Date:   February 13, 2018        /s/ Alaine V. Grbach
Alaine V. Grbach, Esq.
675 Estelle Drive
Lancaster, PA 17601
(717) 898-8402
Attorney ID No. 45485
Attorney for Debtor