United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-15272-jkf
Judy L. Herr                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Christina          Page 1 of 1              Date Rcvd: May 17, 2018
                             Form ID: 155             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 19, 2018.
db            +Judy L. Herr,   265 West Walnut Street,   Marietta, PA 17547-1317

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                               TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2018                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 17, 2018 at the address(es) listed below:
          ALAINE V. GRBACH    on behalf of Creditor    PA Dept of Revenue avgrbach@aol.com
          ALAINE V. GRBACH    on behalf of Debtor Judy L. Herr avgrbach@aol.com
          ALBERT JAMES MILLAR    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy3@state.pa.us,
           RA-occbankruptcy6@state.pa.us
          CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    HMC ASSETS, LLC SOLEY IN ITS CAPACITY AS
           SEPARATE TRUSTEE OF COMMUNITY DEVELOPMENT I TRUST cmcmonagle@sterneisenberg.com,
           bkecf@sterneisenberg.com
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Motor Credit Corporation
           bkgroup@kmllawgroup.com
          POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                          TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Judy L. Herr
          Debtor(s)                                          Chapter: 13

                                                             Bankruptcy No: 17–15272–jkf
_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

     AND NOW, this May 16, 2018 upon consideration of the plan submitted by the debtor
under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it
appearing that:


     A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation
hearing upon notice having been held;

     B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other
applicable provisions of title 11 U.S.C.;

     C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid
before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                        Jean K. FitzSimon
                                        Judge ,
                                        United States Bankruptcy Court

                                                                            54
                                                                        Form 155