**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Judy L. Herr** | : | **Case No.: 17-15272** |
| | : | **Chapter 13** |
| **Debtor(s).** | : | **Judge Jean K. FitzSimon** |
| | : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| | : | |
| | : | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto, its successor and assigns ("Creditor") in the above referenced case.

Please send all notices issued in this case to the undersigned at the address below.

                    Respectfully submitted,

                    /s/ Karina Velter
                    Karina Velter, Esquire (94781)
                    Adam B. Hall (323867)
                    Sarah E. Barngrover (323972)
                    Manley Deas Kochalski LLC
                    P.O. Box 165028
                    Columbus, OH  43216-5028
                    Telephone: 614-220-5611
                    Fax: 614-627-8181
                    Attorneys for Creditor
                    The case attorney for this file is Karina Velter.
                    Contact email is kvelter@manleydeas.com

19-031279_PS

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Judy L. Herr | : | Case No.: 17-15272 |
| | : | Chapter 13 |
| Debtor(s). | : | Judge Jean K. FitzSimon |
| | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Notice of Appearance and Request for Notices was served on the parties listed below via e-mail notification:

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

Scott Waterman, Chapter 13 Trustee, Chapter 13 Trustee, 2901 St. Lawrence Ave., Reading, PA 19606

Alaine V. Grbach, Attorney for Judy L. Herr, 675 Estelle Drive, Lancaster, PA 17601, avgrbach@aol.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on August 28, 2019:

Judy L. Herr, 265 West Walnut Street, Marietta, PA 17547

DATE: August 28, 2019

/s/ Karina Velter
Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

19-031279_PS