## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 17-15272** |
| **Judy L. Herr** | : | **Chapter 13** |
| | : | **Judge Jean K. FitzSimon** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * * |
| | : | |
| **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto** | : | **Date and Time of Hearing Place of Hearing** |
| **Movant,** | : | **September 25, 2019 at 09:30 a.m.** |
| **vs** | : | _____ |
| | : | **U.S. Bankruptcy Court** |
| **Judy L. Herr** | : | **900 Market Street, Courtroom #3** |
| | : | **Philadelphia, PA, 19107** |
| **Scott Waterman** | : | |
| **Respondents.** | | |

### ORDER OF COURT

AND NOW, this  26th  day of   September    , 20 19 , upon consideration of the Motion for Relief from the Automatic Stay filed by Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto ("Creditor"), it is hereby **ORDERED,** that the Motion is granted and that the Automatic Stay be and hereby is terminated as it affects the interest of Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto in and to the Collateral known as a 2013 Honda Accord VIN#1HGCT1B89DA012968.  Rule 4001(a)(3) is not applicable to this proceeding.

BY THE COURT

*JeanK FitzSimon*

_____
JEAN K. FITZSIMON, JUDGE
UNITED STATES BANKRUPTCY COURT

19-031279_BEW1