United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Judy L. Herr  
    Debtor

Case No. 17-15272-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: John     Page 1 of 1     Date Rcvd: Sep 27, 2019  
                        Form ID: pdf900     Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2019.
```
db            +Judy L. Herr,   265 West Walnut Street,   Marietta, PA 17547-1317
cr            +Wilmington Savings Fund Society dba Christiana Tru,    Fay Servicing, LLC,    PO Box 814609,
                Dallas, TX 75381-4609
13972928       Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,    PO Box 19657,   Irvine, CA 92623-9657
13995552       Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                Des Moines, IA 50306-0438
14381147       Wells Fargo Bank, N.A.,,    d/b/a Wells Fargo Auto,,    c/oKarina Velter, Esquire (94781),
                P.O. Box 165028,   Columbus, OH 43216-5028
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Sep 28 2019 03:17:21      City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA 19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 28 2019 03:16:55
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA 17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 28 2019 03:17:19      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr            +E-mail/PDF: gecsedi@recoverycorp.com Sep 28 2019 03:14:42      Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 4
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2019                                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2019 at the address(es) listed below:
```
              ALAINE V. GRBACH    on behalf of Creditor    PA Dept of Revenue avgrbach@aol.com
              ALAINE V. GRBACH    on behalf of Debtor Judy L. Herr avgrbach@aol.com
              ALBERT JAMES MILLAR    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy3@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    HMC ASSETS, LLC SOLEY IN ITS CAPACITY AS
               SEPARATE TRUSTEE OF COMMUNITY DEVELOPMENT I TRUST cmcmonagle@sterneisenberg.com,
               bkecf@sterneisenberg.com
              KARINA VELTER    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto
               amps@manleydeas.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com,
               ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 9
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 17-15272** |
| **Judy L. Herr** | : | **Chapter 13** |
| | : | **Judge Jean K. FitzSimon** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * * |
| | : | |
| **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto** | : | **Date and Time of Hearing Place of Hearing** |
| **Movant,** | : | **September 25, 2019 at 09:30 a.m.** |
| **vs** | : | _____ |
| | : | **U.S. Bankruptcy Court** |
| **Judy L. Herr** | : | **900 Market Street, Courtroom #3** |
| | : | **Philadelphia, PA, 19107** |
| **Scott Waterman** | : | |
| **Respondents.** | | |

## ORDER OF COURT

AND NOW, this  26th  day of   September  , 20 19 , upon consideration of the Motion for Relief from the Automatic Stay filed by Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto ("Creditor"), it is hereby **ORDERED,** that the Motion is granted and that the Automatic Stay be and hereby is terminated as it affects the interest of Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto in and to the Collateral known as a 2013 Honda Accord VIN#1HGCT1B89DA012968.  Rule 4001(a)(3) is not applicable to this proceeding.

BY THE COURT

*Jean K. FitzSimon*

_____
JEAN K. FITZSIMON, JUDGE
UNITED STATES BANKRUPTCY COURT

19-031279_BEW1