**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Judy L. Herr<br>　　　　　　　Debtor(s) | CHAPTER 13 |
| Wilmington Savings Fund Society dba Christiana Trust, not individually, but solely as Trustee for NYMT Loan Trust I<br>　　　　　　　Movant<br>　　vs.<br>Judy L. Herr<br>　　　　　　　Debtor(s)<br>Scott Waterman<br>　　　　　　　Trustee | NO. 17-15272 JKF<br><br>11 U.S.C. Sections 362 |

**ORDER**

AND NOW, this 30th day of April, 2020 at Philadelphia, upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and the Loan Modification Agreement executed on *October 9, 2018* does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

　　　　　　　　　　　　　　　　　　　　　　　　　　　HONORABLE JEAN K. FITZSIMON
cc: See attached service list　　　　　　　　　　　　United States Bankruptcy Judge

Judy L. Herr
265 West Walnut Street
Marietta, PA 17547

Alaine V. Grbach Esq.
Alaine V. Grbach, Esquire
675 Estelle Drive
Lancaster, PA 17601

Scott Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532