United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Judy L. Herr  
    Debtor

Case No. 17-15272-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: DonnaR     Page 1 of 1     Date Rcvd: May 01, 2020  
                             Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2020.
```
db          +Judy L. Herr,   265 West Walnut Street,   Marietta, PA 17547-1317
cr          +Wilmington Savings Fund Society dba Christiana Tru,   Fay Servicing, LLC,   PO Box 814609,
             Dallas, TX 75381-4609
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2020                                                             Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2020 at the address(es) listed below:
```
              ALAINE V. GRBACH    on behalf of Creditor    PA Dept of Revenue avgrbach@aol.com
              ALAINE V. GRBACH    on behalf of Debtor Judy L. Herr avgrbach@aol.com
              ALBERT JAMES MILLAR    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy3@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    HMC ASSETS, LLC SOLEY IN ITS CAPACITY AS
               SEPARATE TRUSTEE OF COMMUNITY DEVELOPMENT I TRUST cmcmonagle@sterneisenberg.com,
               bkecf@sterneisenberg.com
              KARINA   VELTER    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto
               amps@manleydeas.com
              KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Savings Fund Society dba Christiana Trust,
               not individually, but solely as Trustee for NYMT Loan Trust I bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society dba Christiana Trust,
               not individually, but solely as Trustee for NYMT Loan Trust I bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)     ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 11
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Judy L. Herr<br>　　　　　Debtor(s) | CHAPTER 13 |
| Wilmington Savings Fund Society dba Christiana Trust, not individually, but solely as Trustee for NYMT Loan Trust I<br>　　　　　Movant<br>　vs.<br>Judy L. Herr<br>　　　　　Debtor(s)<br>Scott Waterman<br>　　　　　Trustee | NO. 17-15272 JKF<br><br>11 U.S.C. Sections 362 |

**ORDER**

AND NOW, this 30th day of April, 2020 at Philadelphia, upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and the Loan Modification Agreement executed on _October 9, 2018_ does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

_[signature]_

HONORABLE JEAN K. FITZSIMON
United States Bankruptcy Judge

cc: See attached service list

Judy L. Herr
265 West Walnut Street
Marietta, PA 17547

Alaine V. Grbach Esq.
Alaine V. Grbach, Esquire
675 Estelle Drive
Lancaster, PA 17601

Scott Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532