**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Judy L. Herr<br>　　　　　Debtor(s) | CHAPTER 13 |
| Wilmington Savings Fund Society dba Christiana Trust, not individually, but solely as Trustee for NYMT Loan Trust I<br>　　　　　Movant<br>　vs.<br>Judy L. Herr<br>　　　　　Debtor(s)<br>Scott Waterman<br>　　　　　Trustee | NO. 17-15272 AMC<br><br>11 U.S.C. Sections 362 and 1301 |

## ORDER

　　　AND NOW, this 　　　 day of 　　　　　, 2020 at Philadelphia, upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

　　　The Motion is granted and the Loan Modification Agreement executed on *February 17, 2020* does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

**Date: July 22, 2020**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

cc: See attached service list

Judy L. Herr
265 West Walnut Street
Marietta, PA 17547

Alaine V. Grbach Esq.
Alaine V. Grbach, Esquire
675 Estelle Drive
Lancaster, PA 17601

Scott Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532