| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
Chapter 13 Case No. 17-15272-AMC

JUDY L. HERR
265 WEST WALNUT STREET
MARIETTA PA  17547

Petition Filed Date: 08/02/2017
341 Hearing Date: 09/05/2017
Confirmation Date: 05/16/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/08/2019 | $125.00 | 1632801321 | 02/19/2019 | $125.00 | 1632801798 | 03/11/2019 | $125.00 | 17787583945 |
| 04/02/2019 | $125.00 | 1632802806 | 05/10/2019 | $125.00 | 17896588816 | 06/19/2019 | $125.00 | 1632804336 |
| 07/09/2019 | $125.00 | 1632804561 | 08/16/2019 | $125.00 | 1632805497 | 10/25/2019 | $250.00 | 17685014742 |
| 11/26/2019 | $125.00 | 19632807099 | 01/06/2020 | $125.00 | 19040251355 | 02/03/2020 | $125.00 | 1959412209 |
| 03/02/2020 | $125.00 | 19072846967 | 04/13/2020 | $125.00 | 19072846739 | 07/10/2020 | $375.00 | 19118768450 |
| 08/05/2020 | $125.00 | 19118768259 | | | | | | |

**Total Receipts for the Period: $2,375.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $4,375.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 15 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 015 | Unsecured Creditors | $1,541.03 | $0.00 | $1,541.03 |
| 11 | CAVALRY INVESTMENTS LLC<br>»» 011 | Unsecured Creditors | $880.07 | $0.00 | $880.07 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $1,863.32 | $16.41 | $1,846.91 |
| 16 | FAY SERVICING LLC<br>»» 016 | Mortgage Arrears | $467.14 | $467.14 | $0.00 |
| 3 | FIRST NATIONAL BANK OMAHA<br>»» 003 | Unsecured Creditors | $2,795.01 | $24.61 | $2,770.40 |
| 17 | LENDING CLUB CORPORATION<br>»» 017 | Unsecured Creditors | $4,368.98 | $38.48 | $4,330.50 |
| 12 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 012 | Unsecured Creditors | $2,112.42 | $18.60 | $2,093.82 |
| 13 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 013 | Unsecured Creditors | $759.19 | $0.00 | $759.19 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 002 | Unsecured Creditors | $14,711.45 | $129.57 | $14,581.88 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 008 | Unsecured Creditors | $3,118.60 | $27.47 | $3,091.13 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 009 | Unsecured Creditors | $1,023.38 | $0.00 | $1,023.38 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 010 | Unsecured Creditors | $3,264.03 | $28.75 | $3,235.28 |
| 6 | QUANTUM3 GROUP LLC as agent for<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | TOYOTA MOTOR CREDIT CORP<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 17-15272-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 14 | US BANK NA<br>»» 014 | Unsecured Creditors | $1,974.88 | $17.40 | $1,957.48 |
| 5 | WELLS FARGO DEALER SERVICES<br>»» 005 | Unsecured Creditors | $5,756.83 | $50.71 | $5,706.12 |
| 7 | WELLS FARGO BANK NEVADA NA<br>»» 007 | Unsecured Creditors | $3,442.76 | $30.32 | $3,412.44 |
| 18 | ALAINE V GRBACH ESQ<br>»» 018 | Attorney Fees | $3,000.00 | $3,000.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,375.00 | Current Monthly Payment: | $125.00 |
| Paid to Claims: | $3,849.46 | Arrearages: | $125.00 |
| Paid to Trustee: | $376.01 | Total Plan Base: | $4,500.00 |
| Funds on Hand: | $149.53 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.