**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | CHAPTER 13 |
| | : | |
| **JUDY L. HERR,** | : | BANKRUPTCY NO. 17-15272 |
| | : | |
| **Debtor.** | : | |
| | : | |

**AMENDED NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

Judy L. Herr, (the "Debtor") has filed a Motion to Sell residential real estate located at 265 West Walnut Street, Marietta, PA 17547, Free and Clear of Liens and Encumbrances, and to Compensate Real Estate Brokers.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

**1.** If you do not want the court to grant the relief sought in the Motion or if you want the court to consider your views on the Motion, then on or before October 14**, 2020**, you or your attorney must do all of the following:

**(a)** file an answer explaining your position at

United States Bankruptcy Court
Office of the Clerk, Room 103
The Gateway Building
201 Penn Street
Reading, PA 19601

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the dated above; and

**(b)** mail a copy to the movant's attorney:

Alaine V. Grbach, Esquire
675 Estelle Drive
Lancaster  PA  17601

**2.** If you or your attorney do not take the steps described in paragraphs 1(a) and (1(b) above and attend the hearing, the court may enter an order granting the relief requested in the Motion.

**3.** **A hearing on the Motion is scheduled to be held before The Honorable Patricia M. Mayer on October 15, 2020 at 11:00 a.m., in Courtroom No. 1, United States Bankruptcy Court, The Gateway Building, 201 Penn Street, 4th Floor, Reading  PA  19601.**

**4.** If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

**5.** You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.

**ALAINE V. GRBACH, ESQ.**

By:___/s/ Alaine V. Grbach_____
675 Estelle Drive
Lancaster,  PA  17601
(717)399-8420
Counsel to the Debtor

Dated: 9/25/2020