# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | | CHAPTER 13 |
| **JUDY L. HERR,** | : | |
| | : | CASE NO. 17-15272 |
| DEBTOR. | | |
| | : | |

## CERTIFICATE OF SERVICE

I, Alaine V. Grbach, Esq., do hereby certify that a copy of the Motion to Sell Residential Real Estate, Proposed Order, Exhibits A and B, and Notice of Hearing was forwarded either by e-notice or First Class Mail, Postage Prepaid, on 125th day of September, 2020 to the Debtor, all e-notice parties, all Proof of Claim Claimants, The Chapter 13 Trustee, andthe Office of the U.S. Trustee and the following:

ALL CREDITORS ON MATRIX and all e-notice parties
(See attached Service List)

BRANDON S. HARTE, ESQUIRE
COUNSEL TO MARIETTA BOROUGH

CHARLES WOHLRAB, ESQUIRE
COUNSEL TO NYMT LOAN TRUST 1/WILLMINGTON SAVINGS FUND SOCIETY

MATTHEW BLEACHER, ESQUIRE
COUNSEL TO THE LANCASTER COUNTY TAX CLAIM BUREAU

Date: 9/ 25/ 2020                    /s/ Alaine V. Grbach
                                     Alaine V. Grbach, Esquire
                                     675 Estelle Drive
                                     Lancaster, PA 17601
                                     (717) 399-8420
                                     Attorney ID No. 45485
                                     Attorney for Debtor