*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Judy L. Herr
    Debtor(s)

Case No: 17−15272−amc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

\*\*\*RESCHEDULING NOTICE\*\*\*

Motion to Sell Property Free and Clear of Liens under Section 363(f) Filed by Judy L. Herr Represented by ALAINE V. GRBACH (Counsel).

Telephonic Hearing:
Dial 1−877−873−8017 Access: 3027681#

    on: 11/4/20

    at: 11:00 AM

    in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 10/6/20

Timothy B. McGrath
Clerk of Court