United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 17-15272-amc |
|---|---|
| Judy L. Herr | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: Joan | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Oct 06, 2020 | Form ID: 167 | Total Noticed: 30 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Judy L. Herr, 265 West Walnut Street, Marietta, PA 17547-1317 |
| cr | + | Wilmington Savings Fund Society dba Christiana Tru, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 13962005 | + | Bsi Mtg, 314 S Franklin St, Titusville, PA 16354-2168 |
| 13994168 | + | Christopher M. McMonagle, Esquire, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 13962007 | + | Coml Accept, 2300 Gettysburg Rd, Camp Hill, PA 17011-7303 |
| 13962008 | | Lancaster County Tax Claim Bureau, P O BOX 1447, Lancaster, PA 17608-1447 |
| 14016929 | + | NYMT Loan Trust 2013-RP1, c/o BSI Financial Services, 1425 Greenway Drive, Suite 400, Irving, TX 75038-2480 |
| 13962009 | | PA DEPARTMENT OF REVENUE, BUREAU OF COMPLIANCE, DEPARTMENT 208748, Harrisburg, PA 17128-0948 |
| 13966549 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, 1620 Dodge Street, Stop code 3105, Omaha, NE 68197 |
| 13972651 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14011278 | | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 13962011 | | UNIFUND CCR, C/O GORDON & WEINBERG21 S. 21ST STREET, Philadelphia, PA 19103 |
| 14465969 | + | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh NC 27605-1000 |
| 13972928 | | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, PO Box 19657, Irvine, CA 92623-9657 |
| 13995552 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14381147 | | Wells Fargo Bank, N.A.,, d/b/a Wells Fargo Auto,, c/oKarina Velter, Esquire (94781), P.O. Box 165028, Columbus, OH 43216-5028 |
| 14374258 | | Wilmington Savings Fund Society, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14400282 | + | Wilmington Savings Fund Society dba Christiana Tru, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Oct 07 2020 03:49:03 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14004104 | + | Email/Text: bankruptcy@cavps.com | Oct 07 2020 02:02:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 13962006 | + | Email/Text: csd1clientservices@cboflanc.com | Oct 07 2020 02:02:00 | Cb Lancaster, 218 West Orange St, Lancaster, PA 17603-3746 |
| 13965567 | | Email/Text: mrdiscen@discover.com | Oct 07 2020 02:02:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14019634 | + | Email/Text: bk@lendingclub.com | Oct 07 2020 02:02:00 | LendingClub Corporation, 71 Stevenson Street, Suite 300, San Francisco, CA 94105-2985 |
| 14010032 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 07 2020 02:02:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 13962010 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 07 2020 03:45:35 | PORTFOLIO RECOVERY ASSOCIATES, PO BOX 12914, Norfolk, VA 23541 |
| 13997836 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 07 2020 03:49:05 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |

Case 17-15272-amc    Doc 96    Filed 10/08/20    Entered 10/09/20 01:39:12    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: Joan | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 06, 2020 | Form ID: 167 | Total Noticed: 30 |

| | | | | |
|---|---|---|---|---|
| 13962610 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 07 2020 03:49:05 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13965694 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 07 2020 02:02:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 13981527 | | Email/Text: bnc-quantum@quantum3group.com | Oct 07 2020 02:02:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14013321 | | Email/Text: bnc-quantum@quantum3group.com | Oct 07 2020 02:02:00 | Quantum3 Group LLC as agent for, Second Round LP, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 08, 2020          Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2020 at the address(es) listed below:

**Name**          **Email Address**

ALAINE V. GRBACH
　　on behalf of Creditor PA Dept of Revenue avgrbach@aol.com

ALAINE V. GRBACH
　　on behalf of Debtor Judy L. Herr avgrbach@aol.com

ALBERT JAMES MILLAR
　　on behalf of Creditor PA Dept of Revenue RA-occbankruptcy3@state.pa.us  RA-occbankruptcy6@state.pa.us

BRIAN CRAIG NICHOLAS
　　on behalf of Creditor Wilmington Savings Fund Society dba Christiana Trust  not individually, but solely as Trustee for NYMT Loan Trust I bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

CHRISTOPHER M. MCMONAGLE
　　on behalf of Creditor HMC ASSETS  LLC SOLEY IN ITS CAPACITY AS SEPARATE TRUSTEE OF COMMUNITY DEVELOPMENT I TRUST cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com

KARINA VELTER
　　on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Auto amps@manleydeas.com

KEVIN G. MCDONALD
　　on behalf of Creditor Wilmington Savings Fund Society dba Christiana Trust  not individually, but solely as Trustee for NYMT Loan Trust I bkgroup@kmllawgroup.com

MATTEO SAMUEL WEINER
　　on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com

POLLY A. LANGDON

| | | |
|---|---|---|
| District/off: 0313-2 | User: Joan | Page 3 of 3 |
| Date Rcvd: Oct 06, 2020 | Form ID: 167 | Total Noticed: 30 |

on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

REBECCA ANN SOLARZ

on behalf of Creditor Wilmington Savings Fund Society dba Christiana Trust  not individually, but solely as Trustee for NYMT Loan Trust I bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)

ECFMail@ReadingCh13.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Judy L. Herr
    Debtor(s)

Case No: 17−15272−amc
Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

***RESCHEDULING NOTICE***

Motion to Sell Property Free and Clear of Liens under Section 363(f) Filed by Judy L. Herr Represented by ALAINE V. GRBACH (Counsel).

Telephonic Hearing:
Dial 1−877−873−8017 Access: 3027681#

on: 11/4/20

at: 11:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 10/6/20

Timothy B. McGrath
Clerk of Court

95 − 87
Form 167