# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Judy L. Herr<br>　　　　　　　　Debtor(s)<br><br>Wilmington Savings Fund Society dba Christiana Trust, not individually, but solely as Trustee for NYMT Loan Trust I, its successors and/or assigns<br>　　　　　　　　Movant<br>　vs.<br><br>Judy L. Herr<br>　　　　　　　　Debtor(s)<br><br>Scott Waterman<br>　　　　　　　　Trustee | CHAPTER 13<br><br><br>NO. 17-15272 AMC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Response to Motion to Sell of Wilmington Savings Fund Society dba Christiana Trust, not individually, but solely as Trustee for NYMT Loan Trust I, which was filed with the Court on or about **October 2, 2020 (document 94).**

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**/s/Rebecca A. Solarz, Esq.**
　　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esq.
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106

November 2, 2020