# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re: Judy L. Herr, Debtor(s)

Case No. 17-15272
Chapter 13

## Notice of Change of Address

Debtor's Social Security Number:   xxx-xx-8292

**My (Our) Former Mailing Address and Telephone Number was:**

Name: Judy L. Herr

Street: 265 West Walnut Street

City, State and Zip: Marietta, PA 17547

Telephone #:

**Please be advised that effective IMMEDIATELY,**
**my (our) new mailing address and telephone number is:**

Name: Judy L. Herr

Street: P. O. BOX 54

City, State and Zip: LANDISVILLE, PA 17538

Telephone #:

/s/ Judy L. Herr
Judy L. Herr
Debtor